USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-4-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIN-GEARS LLC,

                            Plaintiff,

            v.

4HK8033, *et al.*,

                            Defendants.

---

No.  21-CV-329 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

As discussed in today's conference, it is hereby:

ORDERED that Plaintiff submit a status update to the Court proposing next steps for its litigation against Defendants by no later than April 5, 2021.

IT IS FURTHER ORDERED that for the reasons discussed at today's conference, this case no longer requires sealing. The Clerk of Court is thus respectfully directed to unseal this case and all documents that have heretofore been filed in conjunction with it.

Plaintiff is directed to send a copy of this order to all Defendants.

SO ORDERED.

Dated:      February 4, 2021
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge