| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/08/2021 |

FIN-GEARS, LLC,

                          Plaintiff,

           v.

ONEDAY2YOU, ICHAMOU, UKBEST_BASKET, BOQQINGYW23, FOASH-83, RCDIGITAL, HOUROUGS, QIANYI-INC., WINGOMALL18, and BESTMARKET4U365,

                         Defendants.

21-CV-0329 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 28, 2021, the Court issued an Order to Show Cause as to why default judgment should not be entered against the remaining Defendants in this case. That hearing is scheduled for December 10, 2021 at 4:00 p.m. In its Temporary Restraining Order, the Court ruled that electronic service—specifically, service via email—would be deemed effective as to Defendants through the pendency of this action. Although Plaintiff has filed affidavits of service in connection with its Summons, Complaint, and the Court's Order to Show Cause, those affidavits do not provide the email addresses to which those papers were sent. By no later than December 9, 2021, Plaintiff shall file a supplemental affidavit of service that provides the email address for each remaining Defendant to which the summons, Complaint, Order to Show Cause, and default judgment motion and supporting papers were emailed.

SO ORDERED.

Dated:   December 8, 2021
              New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge